IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Caitlynn N. Sullivan, | ) | C/A No. 0:16-2709-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Green Apple, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff, Caitlynn N. Sullivan, filed this civil action in August 2016. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On October 17, 2016, upon joint request of the parties following consultation pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the court issued an Amended Scheduling Order extending the dispositive motions deadline until May 11, 2017. (ECF No. 26.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **May 23, 2017** and advise the court as to whether the case is ready for trial.

**IT IS SO ORDERED.**

May 16, 2017
Columbia, South Carolina

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE