IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION
Civil Action No.: 0:16-CV-02709-CMC-PJG

**CAITLYNN N. SULLIVAN,**

       **Plaintiff,**

  v.

**GREEN APPLE, LLC,**

       **Defendant.**

**STIPULATION OF DISMISSAL**

Pursuant to Fed R. Civ. P. 41(a), Plaintiff Caitlynn N. Sullivan and Defendant Green Apple, LLC hereby stipulate that this action is dismissed with prejudice, with the parties to bear their own costs.

This 16th day of May 2017.

                                      */s/ Brian L. Church*
                                      Brian L. Church
                                      Federal I.D. No. 11074
                                      bchurch@robinsonbradshaw.com
                                      Charles E. Johnson
                                      (Admitted Pro Hac Vice)
                                      N.C. Bar 9190
                                      cejohnson@robinsonbradshaw.com

                                      ROBINSON, BRADSHAW & HINSON, P.A.
                                      101 North Tryon Street, Suite 1900
                                      Charlotte, North Carolina 28246
                                      Telephone:    704.377.2536
                                      Facsimile:     704.378.4000

                                      Attorneys for Defendant
                                      Green Apple, LLC

9665465

- 2 -

/s/ Julius W. Babb, IV
Julius W. Babb, IV
Federal I.D. No. 10500
Cromer Babb Porter & Hicks, LLC
P.O. Box 11675
Columbia, SC 29211
jay@cbphlaw.com

Attorneys for Plaintiff Caitlynn N. Sullivan